UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALONSO CLEMENTE-JIMENEZ,<br><br>Defendant. | Case No. 24-cr-2041-WQH<br>24mj3346<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 922(a)(1)(A) - Dealing and Manufacturing Firearms Without a License; Title 18, U.S.C., Sec. 922(k) - Possession/Transfer of a Firearm with an Obliterated Serial Number; Title 26, U.S.C., Sec. 5812, 5845(a), 5861(e), 5871 - Transfer of Firearm in Violation of National Firearm Act; Title 21, U.S.C., Sec. 841(a)(1) - Distribution of Methamphetamine; Title 21, U.S.C., Sec. 853, Title 18, U.S.C., 924(d)(1), Title 26, U.S.C., Sec. 5872 and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

The United States Attorney charges:

Count 1

Between at least March 19, 2024 and September 4, 2024, within the Southern District of California, defendant ALONSO CLEMENTE-JIMENEZ, not being a licensed dealer or manufacturer of firearms within the meaning of Title 18, United States Code, Chapter 44, did knowingly and willfully

engage in the business of dealing firearms, to wit: four non-serialized, privately made (PMF) AR-style, short-barrel rifles; five non-serialized privately made (PMF) AR-style pistols; one non-serialized, privately made (PMF) AR-style rifles; one Sig Sauer, AR-style pistol with the manufacturer's serial number altered and obliterated; one Black Hills Armory AR-style rifle, bearing serial number BH01120; one suspected privately made (PMF) .22 caliber rifle, bearing serial number ZGMF-X20A; one Taurus, model PT145 PRO .45 caliber pistol, bearing serial number: NCW41784; and one Smith & Wesson, model M&P 40 shield, .40 caliber pistol, bearing serial number: HKS2911; all in violation of Title 18, United States Code, Section 922(a)(1)(A).

Count 2

On or about March 19, 2024, within the Southern District of California, defendant ALONSO CLEMENTE-JIMENEZ did knowingly possess and transfer a firearm, to wit, one Sig Sauer, AR-style pistol with the manufacturer's serial number altered and obliterated; in violation of Title 18, United States Code, Section 922(k).

Count 3

Between at least March 19 and June 26, 2024, defendant ALONSO CLEMENTE-JIMENEZ did knowingly transfer firearms, to wit: approximately five non-serialized, privately made (PMF) AR-style rifles having barrel lengths less than 16 inches, as defined in Title 26, United States Code, Section 5845(a); all in violation of Title 26, United States Code, Sections 5812, 5845, 5861(e), and 5871.

Count 4

On or about March 19, 2024, within the Southern District of California, defendant ALONSO CLEMENTE-JIMENEZ did knowingly and intentionally distribute 500 grams and more of a mixture and substance

containing a detectable amount of methamphetamine, to wit, approximately 1,458.8 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 5

On or about May 14, 2024, within the Southern District of California, defendant ALONSO CLEMENTE-JIMENEZ did knowingly and intentionally distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, to wit, approximately 395.7 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 5 of this Information are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one and more of the felony offenses alleged in Counts 4 and 5 of this Information, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant ALONSO CLEMENTE-JIMENEZ shall, upon conviction, forfeit to the United States all his rights, title and interest in any and all property constituting, and derived from, any proceeds the defendant obtained, directly and indirectly, as the result of the offenses, and any and all property used and intended to be used in any manner or part to commit and to facilitate

the commission of the violations alleged in this Information. The property to be forfeited includes, but is not limited to:

a. five non-serialized, privately made (PMF) AR-style, short-barrel rifles;

b. six non-serialized privately made (PMF) AR-style pistols;

c. one non-serialized, privately made (PMF) AR-style rifle;

d. one Sig Sauer, AR-style pistol with the manufacturer's serial number altered and obliterated;

e. one Black Hills Armory AR-style rifle, bearing serial number BH01120;

f. one suspected privately made (PMF) .22 caliber rifle, bearing serial number ZGMF-X20A;

g. one Taurus, model PT145 PRO .45 caliber pistol, bearing serial number: NCW41784;

h. one Smith & Wesson, model M&P 40 shield, .40 caliber pistol, bearing serial number: HKS2911;

i. one Ruger, model EC9s, 9-millimeter pistol, bearing serial number: 61-22626;

j. one Glock, model 19 GEN 5, 9-millimeter pistol, bearing serial number: BUYW915;

k. one Taurus, model G3c, 9-millimeter pistol, bearing serial number: ACK420364;

l. one Sig Sauer, model: SIG516, 5.56 caliber rifle, with the manufacturer's serial number altered and obliterated;

m. approximately 72 rounds of assorted manufacturer .223 caliber ammunition;

n. approximately 1,025 rounds of assorted manufacturer 9-millimeter ammunition;

o. approximately 511 rounds of assorted manufacturer .45 caliber ammunition;

p. three .40 caliber assorted manufacturer shell casings; and

q. one black Samsung cellphone on black plastic case, IMEI: 353454193859602.

3. Upon conviction of one and more of the offenses alleged in Counts 1 through 5 of this Information, defendant ALONSO CLEMENTE-JIMENEZ shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), all of his rights, title, and interest in all firearms and ammunition involved in the commission of the offenses. The firearms and ammunition to be forfeited include, but are not limited to the following:

a. five non-serialized, privately made (PMF) AR-style, short-barrel rifles;

b. six non-serialized privately made (PMF) AR-style pistols;

c. one non-serialized, privately made (PMF) AR-style rifle;

d. one Sig Sauer, AR-style pistol with the manufacturer's serial number altered and obliterated;

e. one Black Hills Armory AR-style rifle, bearing serial number BH01120;

f. one suspected privately made (PMF) .22 caliber rifle, bearing serial number ZGMF-X20A;

g. one Taurus, model PT145 PRO .45 caliber pistol, bearing serial number: NCW41784;

h. one Smith & Wesson, model M&P 40 shield, .40 caliber pistol, bearing serial number: HKS2911;

i. one Ruger, model EC9s, 9-millimeter pistol, bearing serial number: 61-22626;

j. one Glock, model 19 GEN 5, 9-millimeter pistol, bearing serial number: BUYW915;

k. one Taurus, model G3c, 9-millimeter pistol, bearing serial number: ACK420364;

l. one Sig Sauer, model: SIG516, 5.56 caliber rifle, with the manufacturer's serial number altered and obliterated;

m. approximately 72 rounds of assorted manufacturer .223 caliber ammunition;

n. approximately 1,025 rounds of assorted manufacturer 9-millimeter ammunition;

o. approximately 511 rounds of assorted manufacturer .45 caliber ammunition;

p. three .40 caliber assorted manufacturer shell casings; and

q. one black Samsung cellphone on black plastic case, IMEI: 353454193859602.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c) to seek forfeiture of any other property of the defendant up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

DATED: September 30, 2024.

TARA K. McGRATH
United States Attorney

JOSHUA C. MELLOR
PETER S. HORN
Assistant U.S. Attorneys