# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Case Nos.: 24-CR-2041-WQH-1 |
| ALONSO CLEMENTE-JIMENEZ, | ) |
| Defendants. | ) ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

Upon joint motion of the parties and for good cause appearing, the Court GRANTS the parties' joint motion to continue the Motion Hearing/Trial Setting and exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h). (ECF No. 34.) Accordingly, the Motion Hearing/Trial Setting set for March 3, 2025, is vacated and continued to April 28, 2025, at 9:00 a.m.

IT IS HEREBY ORDERED that the nature of the prosecution and possible existence of questions of fact or law, and for all the other reasons stated in the Joint Motion, it would be unreasonable to expect defense counsel to be able to effectively prepare for pretrial motions and trial within the period normally prescribed by the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq., taking into account the exercise of due diligence. Consequently, the ends of justice served by a continuance outweighs the best interest of the public and the defendant in a speedy trial.

1
2
3
4
5

      IT IS FURTHER ORDERED that the time between March 3, 2025, and April 28, 2025, be deemed excludable time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h), in addition to any time excludable, pursuant to 18 U.S.C. § 3161(h)(1)(D), resulting from pretrial motions already filed.

6
7

Dated: February 26, 2025

*[signature: William Q. Hayes]*
Hon. William Q. Hayes
United States District Court

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28