UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ALONSO CLEMENTE-JIMENEZ,<br><br>Defendant. | Case Nos.: 24-CR-2041-WQH-1<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

Upon joint motion of the parties and for good cause appearing, the Court GRANTS the parties' joint motion to continue the Motion Hearing/Trial Setting and exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h). (ECF No. 36.) Accordingly, the Motion Hearing/Trial Setting set for April 28, 2025, is vacated and continued to July 14, 2025, at 9:00 a.m.

IT IS HEREBY ORDERED that the nature of the prosecution and possible existence of questions of fact or law, and for all the other reasons stated in the Joint Motion, it would be unreasonable to expect defense counsel to be able to effectively prepare for pretrial motions and trial within the period normally prescribed by the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq., taking into account the exercise of due diligence. Consequently, the ends of justice served by a continuance outweighs the best interest of the public and the defendant in a speedy trial.

IT IS FURTHER ORDERED that the time between April 28, 2025, and July 14, 2025, be deemed excludable time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h), in addition to any time excludable, pursuant to 18 U.S.C. § 3161(h)(1)(D), resulting from pretrial motions already filed.

Dated: April 24, 2025

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court